

| | **T**HE **C**ITY OF **N**EW **Y**ORK | |
|---|---|---|
| **JAMES E. JOHNSON** | **LAW DEPARTMENT** | **BRITTANY J. FINDER** |
| *Corporation Counsel* | 100 CHURCH STREET | Labor and Employment Law Division |
| | NEW YORK, NY 10007 | phone: (212) 356-0890 |
| | | fax: (212) 356-2439 |
| | | email: bfinder@law.nyc.gov |

September 14, 2020

**Via ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

> MEMO ENDORSED
>
> The Application is granted.
>
> SO ORDERED:
>
> *Paul G. Gardephe*
> Paul G. Gardephe, U.S.D.J.
>
> Dated: September 15, 2020

Re: Ruth Perez v. The City of New York et al.
Civil Action No.: 20-Civ.-06615-PGG
Law Dept. No.: 2020-035157

Dear Judge Gardephe:

      I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendant City of New York in the above-referenced matter. In accord with Your Honor's Individual Rules of Practice, I write to respectfully request that the time to respond to the Complaint be extended from September 17, 2020, to November 2, 2020. This is Defendant's first request for an extension of time. Plaintiff consents to the requested extension. The requested extension will not affect any other scheduled dates in this litigation.

      The extension of time is requested so this Office may adequately investigate the allegations made in the Complaint and prepare a proper response. The requested extension also will permit this Office to investigate if the individually named defendants were timely served with the summons and complaint. If such service was timely, the requested extension will allow this Office to determine whether it will represent those individuals pursuant to New York General Municipal Law Section 50-k.

      For the reasons set forth above, Defendant respectfully requests that the time to respond to the Complaint be extended until November 2, 2020. On the possibility that the individuals named in this action were timely served, and are not presently represented, the City defendant would not object if the Court *sua sponte* also extended their time to respond to the Complaint until November 2, 2020. This would serve the interests of justice by preserving their rights while the aforementioned service and representation inquiries are made.

- 2 -

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/
Brittany J. Finder
Assistant Corporation Counsel

cc: Justin Marc Ames (by ECF)
Attorney for Plaintiff
Akin Law Group, PLLC
45 Broadway Suite 1420
New York, NY 10006
212-825-1400
justin@akinlaws.com

Honorable James L. Cott (by ECF)
United States Magistrate Judge