UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH PEREZ,

        Plaintiff,

-against-

THE CITY OF NEW YORK, DOMINGO SANCHEZ, and BENNE MCCANTS,

        Defendants.

**ORDER**

20 Civ. 6615 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, counsel for Defendant Sanchez has made an appearance. Accordingly, the Clerk's Certificate of Default (Dkt. No. 28) is vacated, as is this Court's order setting a show cause hearing for April 29, 2021. (Dkt. No. 32) Sanchez's Answer is due by May 7, 2021. Sanchez will also serve discovery demands by that time.

        The deadline for fact discovery is extended to August 16, 2021. All other dates in the Case Management Plan (Dkt. No. 13) are extended by 60 days.

        The next conference in this matter will take place on **July 8, 2021, at 10:00 a.m.** and will proceed by teleconference.[1]

Dated: New York, New York
      April 15, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

---

[1] The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Seven days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.