UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH PEREZ,

          Plaintiff,

-against-

THE CITY OF NEW YORK, DOMINGO SANCHEZ, and BENNE MCCANTS,

          Defendants.

**ORDER**

20 Civ. 6615 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The telephone conference currently scheduled for July 14, 2021 at 9:00 a.m. will now take place at **10:30 a.m.**[1]

Dated: New York, New York
       July 12, 2021

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge

---

[1] As previously noted, the parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.