UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH PEREZ,

            Plaintiff,

- against -

THE CITY OF NEW YORK, DOMINGO SANCHEZ, and BENNE MCCANTS,

            Defendants.

**ORDER**

20 Civ. 6615 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, any party seeking to make a post-discovery motion will submit a letter to the Court in accordance with Rule IV(A) of the Court's Individual Rules of Practice no later than **April 22, 2022**. Any opposition letters are due on **April 29, 2022**.

        The next conference in this matter will take place on **May 4, 2022 at 11:00 a.m.**[1]

Dated: New York, New York
       February 24, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

---

[1] The conference will take place by telephone. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Seven days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.