SAMUEL MIRKIN (1906-1982)
STEPHEN F. GORDON
MICHAEL T. HEFFERNAN
DONNA M. CLIFF
E. LISA FORTE
ARTHUR J. DiBERARDINO
KATRINA WORRELL BALLARD
BRETT D.M. HERR
MATTHEW A. STEELE
ELISABETTA CAPIZOLA
NOAH J. FORREST

ALICIA P. FORREST, EXECUTIVE DIRECTOR

LAW OFFICES
**MIRKIN & GORDON, P.C.**
*The Atrium*
98 CUTTER MILL ROAD
GREAT NECK, N.Y. 11021
───────
(516) 466-6030
(718) 895-7160
(914) 997-1576
TELECOPIER (718) 895-7164

OF COUNSEL
ANDREW F. WALLE, JR.
JOEL SPIVAK
TIMOTHY W. CLARE
JAN H. BROWN
DARRYL NICHOLAS
PAMELA RUBIN CARTER
HILLARY BLUMENTHAL
DERRICK GIBBS
JONATHAN IRONS
ADAM MOTTOLA
STEVEN CANDELA
ANDREA MOTTOLA
SCOTT H. SILLER

May 23, 2022

<u>*Via ECF*</u>
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

   RE: *Perez v. The City of New York, et al.*
      Civil Action No. 1:20-cv-06615 (PGG)

Dear Honorable Judge Gardephe:

  I am the attorney for Defendant Domingo Sanchez in the above-captioned case. A conference has been scheduled in this case for Thursday, June 16, 2022 at 11:45 a.m. However, I will be on a flight at that time. Accordingly, with the consent of the attorneys for Plaintiff and Defendants The City of New York and Benne McCants, I hereby request an adjournment of the conference. In the alternative, I request that I be excused from the conference.

  If you have any questions, please do not hesitate to contact me.

  Thank you for your consideration to this matter.

Very truly yours,

MIRKIN & GORDON, P.C.

By_____
  Joel Spivak, Esq.

**Memo Endorsed:** The status conference currently scheduled for June 16, 2022 is adjourned to June 30, 2022 at 10:30 a.m. in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: June 14, 2022