UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUTH PEREZ,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>THE CITY OF NEW YORK et al.,<br><br>                              Defendants. | 20 Civ. 06615 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    Before the Court is the motion for summary judgment of Defendants the City of New York and Benne McCants. For reasons that will follow, the motion is denied.

    No later than **April 15, 2024**, the parties shall submit a joint letter with their availability for a conference to discuss next steps, as well as dates they are available to proceed to trial.

    The Clerk of Court is directed to terminate ECF No. 85.

    SO ORDERED.

Dated: March 31, 2024
       New York, New York

                                                JENNIFER H. REARDEN
                                                United States District Judge